MARION J. GREGORY ET AL V. STATE

No. 34,647.   June 13, 1962

No attorney for appellant of record on appeal.

*G. Curtis Jackson,* County Attorney, Crystal City, *Leon Douglas,* State's Attorney, Austin, for the state.

WOODLEY, Presiding Judge.

This is an appeal in a bail bond forfeiture case.

There is nothing in the record showing that a brief has been filed in this Court, as required by the Rules of Civil Procedure. Art. 866, Vernon's Ann. C.C.P.

Failure to comply with the rules requiring the filing of briefs authorizes a dismissal of the appeal for the want of prosecution. Chase et al v. State, 168 Texas Cr. Rep. 398, 328 S.W. 2d 295, and cases cited.

Accordingly, the appeal is dismissed.